1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    MIA CRAGER, #300172
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Telephone: (916) 498-5700

5    Attorneys for Defendant
     ATANASIO JOSE MARCOS AVILA
6

7
                         UNITED STATES DISTRICT COURT
8
                         EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,          )   No. 2:18-cr-00208-JAM
                                        )
11              Plaintiff,              )   STIPULATION AND ORDER TO CONTINUE
                                        )   STATUS CONFERENCE
12        v.                            )
                                        )   Date:    January 15, 2019
13   ATANASIO JOSE MARCOS AVILA,        )   Time:    9:15 a.m.
                                        )   Judge:   Hon. John A. Mendez
14              Defendants.             )
                                        )
15   _____)

16

17        The parties, through undersigned counsel, hereby jointly stipulate and request that the

18   status conference currently scheduled for January 15, 2019, be continued to February 5, 2019 at

19   9:15 a.m.

20        The parties agree and stipulate, and request that the Court find the following:

21   Defense counsel need additional time to review the discovery with their client, discuss potential

22   resolutions, and continue investigation of the facts in this case.  Counsel for defendant believes

23   that failure to grant the above-requested continuance would deny counsel the reasonable time

24   necessary for effective preparation, taking into account the exercise of due diligence.

25        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26   excluded from this order's date through and including February 5, 2019,  pursuant to 18 U.S.C.

27   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

28   based upon continuity of counsel and defense preparation.  Nothing in this stipulation and order

                                              -1-

1   shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time

2   periods are excludable from the period within which a trial must commence.

3           Counsel and the defendant also agrees that the ends of justice served by the Court

4   granting this continuance outweigh the best interests of the public and the defendant in a speedy

5   trial.

6                                               Respectfully submitted,

7
    Dated: January 11, 2019                     HEATHER E. WILLIAMS
8                                               Federal Defender

9                                               /s/ *Mia Crager*
                                                MIA CRAGER
10                                              Assistant Federal Defender
                                                Attorney for Defendant
11                                              ATANASIO JOSE MARCOS AVILA

12  Dated: January 11, 2019

13                                              McGREGOR W. SCOTT
                                                United States Attorney
14
                                                /s/ *Timothy Delgado*
15                                              TIMOTHY DELGADO
                                                Assistant U.S. Attorney
16                                              Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 5, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  It is further ordered the January 15, 2019 status conference shall be continued until February 5, 2019, at 9:15 a.m.


Dated:  January 11, 2019                                    /s/ John A. Mendez_____
                                                            Hon. John A. Mendez
                                                            United States District Court Judge

-3-