1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MIA CRAGER, #300172
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   ATANASIO JOSE MARCOS AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:18-cr-00208-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| ATANASIO JOSE MARCOS AVILA, | ) Date: February 5, 2019 |
| Defendants. | ) Time: 9:15 a.m. |
| | ) Judge: Hon. John A. Mendez |

The parties, through undersigned counsel, hereby jointly stipulate and request that the status conference currently scheduled for February 5, 2019, be continued to February 26, 2019 at 9:15 a.m.

The parties agree and stipulate, and request that the Court find the following: Defense counsel need additional time to continue to review the discovery with her client, discuss potential resolutions, and continue investigation regarding search and seizure. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including February 26, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

-1-

| | |
|---|---|
| 1 | based upon continuity of counsel and defense preparation.  Nothing in this stipulation and order |
| 2 | shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time |
| 3 | periods are excludable from the period within which a trial must commence. |
| 4 |     Counsel and the defendant also agrees that the ends of justice served by the Court |
| 5 | granting this continuance outweigh the best interests of the public and the defendant in a speedy |
| 6 | trial. |

Respectfully submitted,

Dated: January 31, 2019      HEATHER E. WILLIAMS
    Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
ATANASIO JOSE MARCOS AVILA

Dated: January 31, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *Timothy Delgado*
TIMOTHY DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 26, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 5, 2019 status conference shall be continued until February 26, 2019, at 9:15 a.m.

Dated: January 31, 2019 /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge