| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:18-CR-0208-JAM |
| | Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| | v. | |
| ATANASIO JOSE MARCOS AVILA, | | Date: February 26, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| | Defendant. | |

Plaintiff United States of America, through its respective counsel, and defendant Atanasio Jose Marcos Avila, through his counsel of record, stipulate that the status conference now set for February 26, 2019, be continued to March 19, 2019, at 9:15 a.m.

On October 12, 2018, Mr. Avila was arraigned on the three-count Indictment in this case. (ECF Nos. 8, 10.) In the weeks following, the government produced discovery to the defense that included 77 pages of reports and memoranda, and a disk with photos and videos from the investigation. Defense counsel requires additional time to review these materials and discuss them with her client, time to conduct additional investigation, time to research potential defenses and motions, and time to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for February 26, 2019, be continued to March 19, 2019, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including March 19,

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

1

2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: February 22, 2019  */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: February 22, 2019  */s/ THD for Mia T. Crager*
MIA T. CRAGER
Assistant Federal Defender
Attorney for Defendant Atanasio Avila

| | |
|---|---|
| 1 | ORDER |

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including March 19, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the February 26, 2019 status conference be continued until March 19, 2019, at 9:15 a.m.

Dated: February 22, 2019                    /s/ John A. Mendez_____
                                             Hon. John A. Mendez
                                             United States District Court Judge