1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MIA CRAGER, #300172
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   ATANASIO JOSE AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:18-cr-00208-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONVERT ) STATUS CONFERENCE TO MOTION |
| v. | ) HEARING |
| ATANASIO JOSE AVILA, | ) Date: March 19, 2019 ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

The parties, through undersigned counsel, hereby jointly stipulate and request that the status conference currently scheduled for March 19, 2019 be converted to a hearing on the motion to suppress evidence filed on February 26, 2019.

The parties further agree to and request the following briefing schedule:

March 5, 2019: Government's opposition or statement of non-opposition due

March 12, 2019: Defendant's reply to government's opposition due

Respectfully submitted,

Dated: February 26, 2019      HEATHER E. WILLIAMS
                              Federal Defender

                              /s/ *Mia Crager*
                              MIA CRAGER
                              Assistant Federal Defender
                              Attorney for Defendant
                              ATANASIO JOSE AVILA

-1-

Dated: February 26, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Timothy Delgado*
TIMOTHY DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

### **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

The Court orders the government to file an opposition or statement of non-opposition to the motion to suppress on or before March 5, 2019. The Court orders the defendant to file a reply to the government's opposition on or before March 12, 2019.

Dated: February 26, 2019                    /s/ John A. Mendez_____
                                            Hon. John A. Mendez
                                            United States District Court Judge