IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-208 JAM |
| Plaintiff, | **RELEASE ORDER** |
| vs. | |
| ATANASIO JOSE AVILA, | |
| Defendant. | |

Following a hearing on March 19, 2019, the Court granted Atanasio Jose Avila's motion to suppress evidence. The Court thereby suppressed all evidence against Mr. Avila and the government has no evidence to present at trial. Therefore, Mr. Avila should be released in this case.

Good cause appearing therefor,

IT IS ORDERED that ATANASIO JOSE AVILA be released from federal custody in the above-captioned case, immediately.

Dated: March 19, 2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

Certified copy to USM

-1-