| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MIA CRAGER, #300172 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | ATANASIO JOSE MARCOS AVILA |
| 6 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-CR-00208-JAM |
| | ) | |
| Plaintiff, | ) | AMENDED WAIVER OF PERSONAL |
| | ) | APPEARANCE |
| v. | ) | |
| | ) | Judge: Hon. John A. Mendez |
| ATANASIO JOSE MARCOS AVILA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, ATANASIO JOSE MARCOS AVILA hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearance for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the

Waiver of Appearance -1-

Court may fix in the defendant's absence.

The defendant Further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned. original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: March 19, 2019

          */s/ ATANASIO JOSE MARCOS AVILA*
          ATANASIO JOSE MARCOS AVILA
          (Original retained by attorney)

I agree and consent to my client's waiver of appearance.

Dated: March 19, 2019

          */s/ Mia Crager*
          MIA CRAGER
          Assistant Federal Defender

          Attorney for Defendant
          ATANASIO JOSE MARCOS AVILA

IT IS SO ORDERED.

Dated: 3/25/2019          /s/ John A. Mendez
                                     United Stated District Court Judge