McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0208-JAM |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| v. | |
| ATANASIO JOSE MARCOS AVILA, | |
| Defendant. | |

## **ORDER**

The United States has moved to dismiss the indictment against defendant Atanasio Jose Marcos Avila, filed on October 11, 2018. (Dkt. No. 8). The Court, having reviewed the motion, finds that it is made in good faith. *See United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988); *see also* Fed. R. Crim. P. 48(a). Accordingly, the Court orders that the indictment against Atanasio Jose Marcos Avila be dismissed without prejudice. The Clerk of the Court is further directed to close this case.

SO ORDERED.


Dated: April 10, 2019          /s/ John A. Mendez_____
                                          Hon. John A. Mendez
                                          United States District Judge